(No. 17887.—Cause transferred.)
ARTHUR R. CLARK, Appellant, vs. THE G. A. BALL-BEAR-
ING MANUFACTURING COMPANY et al. Appellees.

*Opinion filed December 23, 1926.*

FREEHOLD—*a freehold is not involved in a suit by creditor to set
aside fraudulent conveyance.* A bill filed by a creditor to set aside
an alleged fraudulent conveyance made by the debtor and to sub-
ject the conveyed land to the payment of the obligation of the
debtor does not involve a freehold, and the Supreme Court has no
jurisdiction of a direct appeal from a decree dismissing such bill
for want of equity.

APPEAL from the Circuit Court of Cook county; the
Hon. FRANCIS S. WILSON, Judge, presiding.

ALEXANDER H. MARSHALL, (FRANK G. MARSHALL, of
counsel,) for appellant.

ALDEN, LATHAM & YOUNG, (K. V. MACFARLAND, of
counsel,) for appellees.

Mr. JUSTICE THOMPSON delivered the opinion of the
court:

This appeal is from a decree of the circuit court of
Cook county dismissing for want of equity a bill filed by a
creditor to set aside an alleged fraudulent conveyance made
by the debtor and to subject the conveyed land to the pay-
ment of the obligation of the debtor. Appellant does not
suggest a ground for jurisdiction in this court to entertain
this appeal and we are unable to discover any. Such a suit
does not involve a freehold. (*Coutre* v. *Ermel,* 315 Ill.
361.) The questions raised by the assignment of errors
are proper questions to be reviewed by the Appellate Court
for the First District, and the cause is accordingly trans-
ferred to that court.            *Cause transferred.*